IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| *In re* **HERAEUS KULZER GMBH,** *Petitioner, For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Esschem, Inc., For Use in Foreign Proceedings* | : <br> : <br> :     NO. 09-MC-00017 <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW**, this 11th day of September, 2009, upon consideration of the Order of this Court authorizing Heraeus Kulzer GmbH ("Heraeus") to take discovery in this district pursuant to 28 U.S.C. § 1782 [Doc. No. 3], the Motion to Quash of Respondent Esschem, Inc. [Doc. No. 5], Heraeus's Response [Doc. No. 7], and all replies thereto, as well as the oral argument held thereon on August 17, 2009, it is hereby **ORDERED** that the Motion is **GRANTED**, and the Order of this Court authorizing Heraeus to take discovery in this district pursuant to 28 U.S.C. § 1782 is **VACATED without prejudice** to Heraeus's ability to re-file in the future.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**