IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re* **HERAEUS KULZER GMBH,** *Petitioner, For an Order to Take Discovery of Respondent Esschem, Inc., For Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782* | No. 09-MC-0017 |

### ORDER

**AND NOW**, this 2nd day of August, 2011, upon review of Petitioner's Motion for Leave to take Deposition and for Removal of Redactions [Doc. No. 41] and all subsequent briefing[18] and after an oral argument held on July 21, 2011, and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that the Petitioner's Motion is **GRANTED** in part and **DENIED** in part.  The Motion is **GRANTED** as to Petitioner's request to take a Rule 30(b)(6) Deposition for the purpose of providing context and a narrative to explain what transpired between Esschem and Biomet where there are gaps in the produced correspondence between the parties.  This deposition will be limited to seven hours.  The Motion is **GRANTED** as to Petitioner's request for a complete set of Esschem's Certificates of Analysis for the copolymers at issue in the German Action.  The Motion is **DENIED** as to Petitioner's request for removal of redactions from produced documents.

It is so **ORDERED**.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**

---

[18] Including Doc. Nos. 46, 49, 52, 59, 61, 69, 70 and 73.